IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) FRED AYE,<br><br>    Plaintiff,<br><br>vs.<br><br>1) THE TOWN OF VIAN, OKLAHOMA,<br><br>    Defendant. | No. __14-CV-202-SPS__<br><br>JURY TRIAL DEMANDED<br>ATTORNEY LIEN CLAIMED |

## PARTIES' JOINT MOTION FOR CONFIDENTIALITY ORDER

COMES NOW the Plaintiff, Fred Aye, an individual, by and through his attorney, Jim McClure, and the Defendant, The Town of Vian, Oklahoma, by and through its attorney of record, Sean M. McKelvey of Steidley and Neal, P.L.L.C., and jointly move this Court for an Order making confidential the terms and amount of the settlement in this matter. The Parties would state that an agreed-upon Order of Confidentiality has been reached and request this Court to enter the Order. The Order is attached for the Court's consideration.

**WHEREFORE,** premises considered, the Parties move this Court for an Order of Confidentiality barring disclosure of the terms and amount of the settlement in the case at bar.

1

Respectfully submitted,

*[signature]*

Jim McClure, OBA #11422
*Attorney for Plaintiff*

*[signature]*

Sean M. McKelvey, OBA #17098
Of Steidley & Neal, P.L.L.C.
*Attorneys for Defendant*

2