IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) FRED AYE, | |
| Plaintiff, | |
| vs. | No. __14-CV-202-SPS__ |
| 1) THE TOWN OF VIAN, OKLAHOMA, | JURY TRIAL DEMANDED<br>ATTORNEY LIEN CLAIMED |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Fred Aye, by and through his attorney of record, Jim McClure, and pursuant to FED. R. CIV. P. 41, hereby **DISMISSES WITH PREJUDICE TO REFILING** all claims and causes of action filed herein against the Defendant. The Defendant joins Plaintiff in his stipulation for Dismissal With Prejudice.

Dated the 18th day of March, 2015.

Respectfully submitted,

_____
Jim McClure, OBA #11422
*Attorney for Plaintiff*

_____
Sean M. McKelvey, OBA #17098
Steidley & Neal, P.L.L.C.
*Attorneys for Defendant*

